GHASSAN SHAMIEH
LAW OFFICES OF
**SHAMIEH, SHAMIEH & TERNIEDEN**
605 Market Street, Suite 600
San Francisco, CA 94105
TEL. (415) 777-0700
FAX. (415) 543-0891
CA Bar: 330856
attorney@shamiehlawsf.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAWAL ALGHALAYINI;<br><br>Plaintiff,<br>v.<br><br>*United States Secretary of State*, ANTONY BLINKEN, *in his official capacity only; United States Secretary of Defense* LLOYD AUSTIN, *in his official capacity only;*<br><br><br><br><br><br>Defendants. | **Case No.: 3:23-cv-5587**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

Complaint Case No. 3:23-cv-5587

# NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT Plaintiff(s) voluntarily dismiss this action, without prejudice, and without a court order, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

DATED: November 3, 2023                    Respectfully Submitted,

LAW OFFICES OF SHAMIEH, SHAMIEH & TERNIEDEN
/s/ Ghassan Shamieh
Ghassan Shamieh
605 Market Street, Suite 605
San Francisco, CA 94105
415-777-0700
ghassan@shamiehlawsf.com

Complaint Case No. 3:23-cv-5587